# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding Case No. 19-50803 (BLS) |
| Plaintiff, | |
| v. | |
| Alan Mickelson, | |
| Defendant(s). | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF NASSAU    )

I, Alison Moodie, being duly sworn, depose and state:

1.     I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

---

[1]     The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]     Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2

2.     On June 19, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Entry of Default** [Docket No. 14] to be served by first class mail on the party identified on Exhibit A annexed hereto (Defendant).[3]

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
23rd day of June, 2020
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

---

[3] The envelopes used for service on the parties in Exhibit A included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALAN MICKELSON | 1406 LINN ST | | | | BOONE | IA | 50036 |